UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

HEATHER GREGORY,

   Plaintiff,

                              CASE NO.:  2-18-CV-12261-VAR-APP

-vs-                           HON. VICTORIA A. ROBERTS
                              HON. ANTHONY P. PATTI

ALLY FINANCIAL, INC.

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, Heather Gregory, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 13th day of December, 2018, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy was served via electronic mail to:   Mark D. Kundmueller, Esquire and Ethan Ostroff, Esquire, Troutman Sanders, 222 Central Park Avenue, Suite 2000, Virginia Beach, VA  23462; (mark.kundmueller@troutman.com and ethan.ostroff@troutman.com).

                                              */s/Octavio Gomez*
                                              Octavio "Tav" Gomez, Esquire
                                              Morgan & Morgan, Tampa, P.A.
                                              201 North Franklin Street, 7th Floor
                                              Tampa, FL 33602
                                              Telephone: (813) 223-5505
                                              Facsimile:  (813) 223-5402
                                              tgomez@forthepeople.com
                                              jderry@forthepeople.com
                                              jkneeland@forthepeople.com
                                              Attorney for Plaintiff