UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Heather Gregory,

    Plaintiff/Counter-Defendant,

vs

    Case No: 18-12261
    Honorable Victoria A. Roberts

Ally Financial, Inc.,

    Defendant/Counter-Claimant,
_____/

## ORDER OF DISMISSAL

The parties advised the Court that they amicably resolved their differences. Accordingly,

This matter is dismissed with prejudice. The Court retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement.

**IT IS ORDERED.**

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: January 3, 2019

---

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon all counsel of record on the above date by electronic filing or first class mail.

Deputy Clerk